# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PENNSWOOD MANOR REAL ESTATE ASSOCIATES, LLC,

           Petitioner

      v.

ZONING HEARING BOARD OF THE CITY OF SCRANTON,

           Respondent

:  No. 933 MAL 2015
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.